# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD., ALFASIGMA S.P.A. and BAUSCH HEALTH IRELAND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) Inc. and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants | Case No.: 1:24-cv-9512 |

## PLAINTIFFS' MOTION TO COMPEL

Plaintiffs Salix Pharmaceuticals, Inc., Salix Pharmaceuticals, Ltd., Alfasigma S.p.A, and Bausch Health Ireland Ltd., by their attorneys, Morgan, Lewis & Bockius LLP, respectfully move this Court to compel Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited to (i) identify Rule 30(b)(6) witnesses, topic designations, and dates; and (ii) produce documents responsive to Plaintiffs' Requests for Production.

The grounds for this Motion are set forth in the accompanying Memorandum of Law, which is attached hereto as **Exhibit A** and is incorporated by reference in its entirety. A Proposed Order is attached hereto as **Exhibit B**.

1

| | |
|---|---|
| Dated:  June 30, 2025 | Respectfully submitted, |

By: /s/ *Harvey Bartle IV*
Harvey Bartle IV
(NJ ID No. 028792003)
**MORGAN, LEWIS & BOCKIUS LLP**
**(A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP)**
502 Carnegie Center
Princeton, NJ 08540-6241
Phone: (609) 919-6600
harvey.bartle@morganlewis.com

OF COUNSEL
Michael J. Abernathy
Wan-Shon Lo
Maria Doukas
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, IL 60606-1511
Phone: (312) 324-1000

Margaret A. McGreal
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000

*Attorneys for Plaintiffs Salix Pharmaceuticals, Inc., Salix Pharmaceuticals, Ltd., and Bausch Health Ireland Ltd.*

## **CERTIFICATE OF SERVICE**

I, Harvey Bartle IV, do hereby certify that on June 30, 2025, I caused a true and correct copy of Plaintiffs' Motion to Compel, and its accompanying Exhibits, to be served upon all counsel of record via CM/ECF.

*/s/ Harvey Bartle IV*
Harvey Bartle IV