# Exhibit 3

| | |
|---|---|
| **From:** | Lo, Shon |
| **To:** | Koulas, Judith A.; McCormick, Theodora; Cooper, Lauren; michael.gaertner@bipc.com; James T. Peterka; Emily L. Savas; jacob.britz@bipc.com; Tim Peterson |
| **Cc:** | ML - Salix - DNJ |
| **Subject:** | RE: Salix Pharmaceuticals, et al. v. Zydus Pharmaceuticals (D. New Jersey) No. 24-cv-09512 - NOTICE OF 30(B)(6) DEPOSITION |
| **Date:** | Friday, June 13, 2025 10:03:16 AM |

Counsel,

Plaintiffs reiterate the request below for the names, availability, and topics for Zydus's corporate designees, or your availability to meet and confer on Monday. If we do not hear back from you today, we believe our repeated requests constitute a good faith attempt to try to address this issue before seeking relief from the Court.

Shon

**Shon Lo**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1742 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Elizabeth Joka | +1.312.324.1759 | elizabeth.joka@morganlewis.com
shon.lo@morganlewis.com | www.morganlewis.com

**GLOBAL IMPACT OF THE US ADMINISTRATION**
Visit our resource center

**From:** Lo, Shon <shon.lo@morganlewis.com>
**Sent:** Tuesday, June 10, 2025 4:20 PM
**To:** Koulas, Judith A. <judith.hanratty@morganlewis.com>; Theodora McCormick <TMcCormick@ebglaw.com>; Lauren Cooper <lcooper@ebglaw.com>; michael.gaertner@bipc.com; James T. Peterka <james.peterka@bipc.com>; Emily L. Savas <emily.savas@bipc.com>; jacob.britz@bipc.com; Tim Peterson <tim.peterson@bipc.com>
**Cc:** ML - Salix - DNJ <ML-Salix-DNJ@morganlewis.com>
**Subject:** RE: Salix Pharmaceuticals, et al. v. Zydus Pharmaceuticals (D. New Jersey) No. 24-cv-09512 - NOTICE OF 30(B)(6) DEPOSITION

Counsel for Zydus,

Please provide the names of your corporate designees for each topic, their availability for deposition, and also advise if any witness will need an interpreter. If you are unable to do so by Friday, please provide your availability on Monday June 16 for a meet and confer on this issue.

Thank you,
Shon

**Shon Lo**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1742 | Main: +1.312.324.1000 | Fax: +1.312.324.1001

Assistant: Elizabeth Joka | +1.312.324.1759 | elizabeth.joka@morganlewis.com
shon.lo@morganlewis.com | www.morganlewis.com

GLOBAL IMPACT OF THE
US ADMINISTRATION
Visit our resource center

**From:** Koulas, Judith A. <judith.hanratty@morganlewis.com>
**Sent:** Tuesday, May 6, 2025 2:20 PM
**To:** Theodora McCormick <TMcCormick@ebglaw.com>; Lauren Cooper <lcooper@ebglaw.com>; michael.gaertner@bipc.com; James T. Peterka <james.peterka@bipc.com>; Emily L. Savas <emily.savas@bipc.com>; jacob.britz@bipc.com; Tim Peterson <tim.peterson@bipc.com>
**Cc:** ML - Salix - DNJ <ML-Salix-DNJ@morganlewis.com>
**Subject:** Salix Pharmaceuticals, et al. v. Zydus Pharmaceuticals (D. New Jersey) No. 24-cv-09512 - NOTICE OF 30(B)(6) DEPOSITION

Counsel:

Attached for service is Plaintiffs' Notice of Deposition of Defendants pursuant to Federal Rule of Civil Procedure 30(b)(6).

Regards,
Judy

**Judith A. Koulas**
Paralegal Supervisor
**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.4828 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
Assistant: Teresa G. Helm | +1.215.963.5590 | teresa.helm@morganlewis.com
judith.hanratty@morganlewis.com | www.morganlewis.com

GLOBAL IMPACT OF THE
US ADMINISTRATION
Visit our resource center