# Exhibit 6

| | |
|---|---|
| **From:** | Lo, Shon |
| **To:** | Murphy, Matthew S.; Abernathy, Michael J.; Bartle, Harvey; Bennett, Nathan; Doukas, Maria E.; Levin, Liya; McGreal, Maggie; ML - Salix - DNJ |
| **Cc:** | Emily L. Savas; Pinahs, Christopher A.; Michael Gaertner; James T. Peterka; Jacob Britz; Giunta, Peter; Tor, Loly; Langer, Oren D.; Conroy, Rebekah; "Bruce, Jenna"; Becker, Matthew J.; Hedemann, Thomas K.; Tsoris, Jonathan; Mathias, Ted; kescanlar@saiber.com; ACalmann@saiber.com; "Berlin, Adam S."; Tim Peterson; Patel, Anil H.; tmccormick@bakerdonelson.com; lcooper@bakerdonelson.com; twong@bakerdonelson.com |
| **Subject:** | RE: Salix v. Norwich et al., Notices of Deposition Pursuant to Rule 30(b)(1) |
| **Date:** | Friday, June 20, 2025 3:07:14 PM |
| **Attachments:** | image002.png<br>image001.jpg |

Counsel for Defendants,

Dr. William Forbes is available for deposition in Raleigh, NC on Friday July 18.  Please advise whether Defendants will take his deposition in person or remotely so that we can make the arrangements necessary for the latter.

Dr. Bortey has some personal circumstances right now that make his schedule a bit unpredictable.  We are working to find a date that will hold and will provide it as soon as we can.

Shon

**Shon Lo**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1742 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Elizabeth Joka | +1.312.324.1759 | elizabeth.joka@morganlewis.com
shon.lo@morganlewis.com | www.morganlewis.com



**From:** Murphy, Matthew S. <mmurphy@axinn.com>
**Sent:** Tuesday, June 10, 2025 9:53 PM
**To:** Abernathy, Michael J. <mike.abernathy@morganlewis.com>; Bartle, Harvey <harvey.bartle@morganlewis.com>; Bennett, Nathan <nathan.bennett@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Levin, Liya <liya.levin@morganlewis.com>; McGreal, Maggie <margaret.mcgreal@morganlewis.com>; ML - Salix - DNJ <ML-Salix-DNJ@morganlewis.com>; Lo, Shon <shon.lo@morganlewis.com>
**Cc:** Emily L. Savas <emily.savas@bipc.com>; Murphy, Matthew S. <mmurphy@axinn.com>; Dmitry Shelhoff <dshelhoff@scciplaw.com>; Kenneth Canfield <kcanfield@scciplaw.com>; Pinahs, Christopher A. <CPinahs@RobinsKaplan.com>; Michael J. Gaertner <michael.gaertner@bipc.com>; James T. Peterka <james.peterka@bipc.com>; Jacob Britz <jacob.britz@bipc.com>; Giunta, Peter <Peter.Giunta@klgates.com>; Tor, Loly <loly.tor@klgates.com>; Langer, Oren D. <OLanger@RobinsKaplan.com>; Rebekah Conroy <rconroy@stoneconroy.com>; 'Bruce, Jenna' <Jenna.Bruce@klgates.com>; Becker, Matthew J. <mbecker@axinn.com>; Hedemann, Thomas K. <thedemann@axinn.com>; Tsoris, Jonathan <jtsoris@axinn.com>; Mathias, Ted <tmathias@axinn.com>; kescanlar@saiber.com; ACalmann@saiber.com; 'Berlin, Adam S.' <Adam.Berlin@klgates.com>; Tim Peterson <tim.peterson@bipc.com>; Patel, Anil H.

&lt;anil.patel@klgates.com&gt;; tmccormick@bakerdonelson.com; lcooper@bakerdonelson.com; twong@bakerdonelson.com
**Subject:** Salix v. Norwich et al., Notices of Deposition Pursuant to Rule 30(b)(1)

[EXTERNAL EMAIL]
Counsel,

Please see the attached deposition notices, which are being served on behalf of all defendants in the actions consolidated for discovery purposes only.

Thanks,
Matt

  **Matthew S. Murphy**
Partner
He | Him | His

**Axinn, Veltrop & Harkrider LLP**
90 State House Square
Hartford, CT 06103
T: 860.275.8146
mmurphy@axinn.com | axinn.com

************************************************************************
Notice: The information contained in this electronic mail and any attached documents from Axinn, Veltrop & Harkrider LLP is confidential. This email may be an attorney-client communication, and as such is privileged and confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this electronic mail in error, please notify us immediately by telephone (212) 728-2200/(860) 275-8100 or by reply electronic mail to the sender. IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
************************************************************************