# Exhibit 7

GLOBAL IMPACT OF THE US ADMINISTRATION
Visit our resource center

**From:** Lo, Shon <shon.lo@morganlewis.com>
**Sent:** Monday, June 23, 2025 11:16 AM
**To:** Murphy, Matthew S. <mmurphy@axinn.com>; Katherine A. Escanlar <kescanlar@saiber.com>; Arnold B. Calmann <ACalmann@saiber.com>; Becker, Matthew J. <mbecker@axinn.com>; Hedemann, Thomas K. <thedemann@axinn.com>; Tsoris, Jonathan <jtsoris@axinn.com>; Mathias, Ted <tmathias@axinn.com>; michael.gaertner@bipc.com; James T. Peterka <james.peterka@bipc.com>; Emily L. Savas <emily.savas@bipc.com>; Tim Peterson <tim.peterson@bipc.com>; jacob.britz@bipc.com; loly.tor@klgates.com; Adam.Berlin@klgates.com; Anil.Patel@klgates.com; cipla-rifaximin@klgates.com; tmccormick@bakerdonelson.com; lcooper@bakerdonelson.com; twong@bakerdonelson.com; Langer, Oren D. <OLanger@RobinsKaplan.com>; rconroy@stoneconroy.com; Holdreith, Jake M. <JHoldreith@RobinsKaplan.com>; Pinahs, Christopher A. <CPinahs@RobinsKaplan.com>; LaRoque, Samuel J. <SLaRoque@RobinsKaplan.com>; Griffin, Patrick J. <PGriffin@RobinsKaplan.com>; May, Christine S. <CMay@RobinsKaplan.com>; Dawson, Demitri M. <DDawson@RobinsKaplan.com>
**Cc:** ML - Salix - DNJ <ML-Salix-DNJ@morganlewis.com>
**Subject:** Salix v. Amneal et al. (rifaximin) - Bortey and Confortini depositions

Counsel for Defendants,
Since receiving Defendants' June 10 and 11 deposition notices for Enoch Bortey and Donatella Confortini, we have conferred with both witnesses regarding their availability.

Dr. Bortey is not available for deposition until mid-August. He is traveling internationally between June 30 and August 13 to spend time with two terminally ill family members. In view of these circumstances, we do not intend to designate Dr. Bortey for any 30(b)(6) topics.

Dr. Confortini is available July 30-31 for deposition in Bologna, Italy. Dr. Confortini will require an interpreter. Her schedule does not allow for two full days of deposition before those dates. If Defendants will not need both days, please let us know as soon as possible. Counsel for

Plaintiffs will be attending the deposition live, and we expect the deposition will go forward during normal business hours in Italy to ensure it can be completed within two days.

Should Defendants still wish to proceed with the depositions of Drs. Bortey and Confortini, we are available to meet and confer this week regarding adjusting the case schedule in view of their unavailability for deposition prior to the close of fact discovery.

Shon

**Shon Lo**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1742 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
Assistant: Elizabeth Joka | +1.312.324.1759 | elizabeth.joka@morganlewis.com
shon.lo@morganlewis.com | www.morganlewis.com

