# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD., ALFASIGMA S.P.A. and BAUSCH HEALTH IRELAND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS PHARMACEUTICALS (USA) Inc. and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants | Case No.: 1:24-cv-9512 |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiffs' Motion to Compel, and any responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____